UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

BRUCE WAYNE AHRNS,

                                                           **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

(Felon in Possession of a Firearm)

On or about July 30, 2024, in Kalkaska County, in the Southern Division of the Western District of Michigan, the defendant,

BRUCE WAYNE AHRNS,

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Springfield Armory SA-16 A2 rifle, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

**FORFEITURE ALLEGATION**
(Felon in Possession of a Firearm)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g) set forth in this Indictment, the defendant,

BRUCE WAYNE AHRNS,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), the firearm involved in or used in the offense, namely, a Springfield Armory SA-16 A2 rifle.

18 U.S.C. § 924(d)(1)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney